# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TIDWELL, et al., | Case No.: 1:16-cv-01697 JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 17) |
| v. | |
| COUNTY OF KERN, | |
| Defendant. | |

Today, the parties filed a joint notice of settlement. (Doc. 17) They indicate they hope to have the settlement finalized within 30 days. Id. at 2. Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than June 9, 2017;

2. All pending dates (including the date by which motions to amend must be filed), conferences (including the mid-discovery status conference) and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **May 3, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE